

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Barbara S. Sale*  *Suite 400*  *DIRECT: 410-209-4902*
*Chief, Criminal Division*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Barbara.Sale@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-0717*

October 17, 2014

The Hon. Catherine C. Blake
Chief United States District Judge
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

Howard L. Cardin, Esq.
Cardin & Gitomer, P.A.
211 St. Paul Place
Baltimore, MD 21202

                              Re:  *United States v. David Terence Glasscho*,
                                     Crim. No. CCB-05-0213

Dear Judge Blake and Mr. Cardin:

      I posed the issue Your Honor raised to the USMS and learned the following:  Mr. Glasscho's detainer is based on the J&C, and needs to remain in place to insure that this Court's sentence is fulfilled even if the inmate should be paroled or released early from the state sentence for any other reason..

      DUSM Sterling Johnson spoke to Mr. Glasscho's case manager at Western Correctional Institution and was told that because of the federal detainer <u>and</u> Mr. Glasscho's security classification (based on his conviction of robbery with a deadly weapon), he is ineligible for the off-site drug program.  Lifting the detainer wouldn't change anything.  He *is* eligible, however, to participate in AA and NA within the institution, as well as various other on-site programs, such as trade school, programs where the inmate earns days and pay in exchange for work,  GED, and religious and social programs.

      I hope this answers the question.  Please let me know if there is anything else I can do.

                                            Respectfully submitted,

                                            Rod J. Rosenstein
                                            United States Attorney


                           By:  ____/s/_____
                               Barbara S. Sale
                               Assistant United States Attorney
                               Chief, Criminal Division